UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LUIS MARTINEZ, SHARAI MARTINEZ,
VALERIA MARTINEZ, and
LUIS MARTINEZ JR.,

                               Plaintiffs,                  **ORDER**

             -against-                            22-cv-336 (AEK)

UNITED STATES OF AMERICA,

                               Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      For the reasons set forth on the record at the July 21, 2023 hearing, Defendant's motion to dismiss (ECF No. 33) is GRANTED IN PART AND DENIED IN PART.  The Clerk of Court is respectfully directed to mark the motion at ECF No. 33 accordingly and to terminate the motion.

Dated:  July 21, 2023
           White Plains, New York

                                                             **SO ORDERED.**

                                                              _____
                                                              ANDREW E. KRAUSE
                                                              United States Magistrate Judge